UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW SON YENG PRODUCE NY LLC,

                Plaintiff,

-against-

X&L SUPERMARKET, INC.

                Defendant.
------------------------------------------------------------------X

Index No.: 12CV1519 (NGG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
COUNTY OF NASSAU  )ss.:

      I, DONNA MURPHY, being duly sworn, say; I am not a party to this action, am over 18 years of age and reside at Island Trees, New York.

    1.    On March 30, 2012, I served the within Order to Show Cause and Memorandum of Law by depositing a copy thereof enclosed in a Federal Express priority overnight delivery envelope in an official depository under the exclusive care and custody of the Federal Express within New York State, to each of the following persons at the last known address set forth after each name:

        X&L SUPERMARKET, INC.
        c/o X. LIANG LIU
        14223 37th Avenue, #5A
        Flushing, New York 11354-6531

        X&L SUPERMARKET, INC.
        c/o LIAN WU SHAO
        213-02 29th Avenue
        Bayside, New York 11360

    2.    The annexed receipts confirm delivery to the individual principals of the corporate defendant. They will be added as additional defendants. The corporate defendant has closed its doors.

                                                    _____
                                                    Donna Murphy

Sworn to before me this
2nd day of April, 2012

_____
Notary Public

LEONARD KREINCES
Notary Public, State of New York
No. 02KR7364365
Qualified in Nassau County
Commission Expires 1/31/2015

  Print page | Close

# FedEx

## Detailed Results

Tracking no.: 873544281180      Select time format: **12H**

### Delivered
**Delivered**
Signed for by: M.WONG

**Shipment Dates**
Ship date  Mar 30, 2012
Delivery date  Apr 2, 2012 10:11 AM

**Destination**
Proof of Delivery

### Shipment Options
**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

| Service type | Priority Envelope | Delivered to | Residence |
|---|---|---|---|
|  |  | Reference | 12-19 |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Apr 2, 2012 10:11 AM | Delivered |  |  |
| Apr 2, 2012 7:39 AM | On FedEx vehicle for delivery | MASPETH, NY |  |
| Mar 31, 2012 5:32 PM | At local FedEx facility | MASPETH, NY |  |
| Mar 31, 2012 10:37 AM | Delivery exception | MASPETH, NY | Incorrect address |
| Mar 31, 2012 9:35 AM | On FedEx vehicle for delivery | MASPETH, NY |  |
| Mar 31, 2012 8:40 AM | At local FedEx facility | MASPETH, NY |  |
| Mar 30, 2012 9:20 PM | At destination sort facility | JAMAICA, NY |  |
| Mar 30, 2012 8:21 PM | Left FedEx origin facility | GARDEN CITY, NY |  |
| Mar 30, 2012 6:48 PM | Picked up | GARDEN CITY, NY |  |



Print page | Close

# FedEx

## Detailed Results

Tracking no.: 873544281190        Select time format: 12H

### Delivered
**Delivered**
Signed for by: Signature not required

**Shipment Dates**
Ship date  Mar 30, 2012
Delivery date  Mar 31, 2012 10:35 AM

**Destination**
Proof of Delivery

### Shipment Options

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

| Service type | Priority Envelope | Delivered to | Residence |
|---|---|---|---|
|  |  | Reference | 2-19 |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Mar 31, 2012 10:35 AM | Delivered |  | Left at front door. Package delivered to recipient address - release authorized |
| Mar 31, 2012 9:12 AM | On FedEx vehicle for delivery | MASPETH, NY |  |
| Mar 31, 2012 8:40 AM | At local FedEx facility | MASPETH, NY |  |
| Mar 30, 2012 9:20 PM | At destination sort facility | JAMAICA, NY |  |
| Mar 30, 2012 8:21 PM | Left FedEx origin facility | GARDEN CITY, NY |  |
| Mar 30, 2012 6:46 PM | Picked up | GARDEN CITY, NY |  |